Eva M. Weiler (SBN: 233942)
eweiler@shb.com
Brady O'Bryan (SHB: 335729)
bobryan@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone: 949-475-1500
Facsimile: 949-475-0016

Attorneys for Defendants
sanofi-aventis U.S. LLC and
Sanofi US Services Inc.

(Additional Firms on Signature Page)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA STEVENSON, | Case No.: 4:23-cv-05940-JSW |
| Plaintiff, | Judge: Hon. Jeffrey S. White |
| vs. | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER** |
| SANOFI US SERVICES INC. et al., | |
| Defendants. | Case Transferred In: 11/15/23 |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

It is hereby stipulated by and between Plaintiff Andrea Stevenson ("Plaintiff") and Defendants Sanofi US Services, Inc. and sanofi-aventis U.S. LLC (collectively "Defendants") (the parties to this Stipulation are individually referred to as "Party" and jointly as "Parties"), by and through their attorneys of record, as follows:

1       **WHEREAS**, the Parties have now finalized settlement and Plaintiff has

2  executed a release of all claims in this action;

3       **WHEREAS,** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this

4  matter may be dismissed by all parties who have appeared;

5

6       **NOW, THEREFORE, IT IS HEREBY STIPULATED**:

7       Pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(ii), the Parties

8  stipulate that this entire action shall be dismissed with prejudice, with the Parties to

9  bear their own costs incurred in this action.

10

11  Dated: _January 10, 2025          Respectfully submitted,

12                            SHOOK HARDY & BACON L.L.P.

13                            By:/s/ *Brady O'Bryan*____

14                            Eva M. Weiler
                          Brady O'Bryan

15                            Attorneys for Defendants sanofi-aventis

16                            U.S. LLC and Sanofi US Services Inc.

17

18  Dated:   January 10, 2025

19                            WILLIAM, HART & BOUNDAS, LLP

20                            By: */s/ Brian A. Abramson*  (with

21                            permission)

22                            John T. Boundas
                          Walter Ellsworth Cubberly

23                            Sejal Brahmbhatt
                          Brian A. Abramson

24

25                            Attorneys for Plaintiff Andrea Stevenson

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California regarding signatures, I, Brady O'Bryan, attest that concurrence in the filing of this document has been obtained.

Dated: January 10, 2025                    By:    /s/ *Brady O'Bryan*
                                                            Brady O'Bryan

STIPULATION FOR DIMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER
CASE NO. 4:23-CV-05940-JSW

# [PROPOSED] ORDER

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: _January 10, 2025_, ~~2024~~        By: _Jeffrey S White_

Hon. Jeffrey S. White
United Stated District Judge

STIPULATION FOR DIMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER
CASE NO. 4:23-CV-05940-JSW